

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2019

No. 04-19-00127-CV

Christopher J. **GALE**,
Appellant

v.

Terri Lynn **GALE**, Stephani A. Walsh and Sara A. Herrmann,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-24190
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellant Christopher J. Gale has filed an unopposed motion to abate this appeal pending resolution of his motion for new trial in the trial court. We GRANT the motion and abate this appeal. We ORDER appellant, within seven (7) days of the trial court ruling on his motion for new trial or the motion being overruled by operation of law, to notify the clerk of this court in writing. We ORDER all appellate deadlines in this appeal suspended pending further order from this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court